857 A.2d 1279

IN THE MATTER OF JONATHAN SAINT–PREUX, AN ATTORNEY AT LAW (ATTORNEY NO. 014781992).

October 5, 2004.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 04–024, concluding that **JONATHAN SAINT–PREUX** of **IRVINGTON**, who was admitted to the bar of this State in 1992, should be reprimanded for violating *RPC* 1.3 (lack of diligence) and *RPC* 1.4(a) (failure to communicate with client), and good cause appearing;

It is ORDERED that **JONATHAN SAINT–PREUX** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.